# Exhibit 1

| To: | Quesos La Ricura, Ltd. (ptotmcommunication@lockelord.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85520729 - QUESO ARROCERO - 1004396.022U |
| **Sent:** | 12/12/2012 3:06:25 PM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 85520729

**MARK:** QUESO ARROCERO

**\*85520729\***

**CORRESPONDENT ADDRESS:**
Alan M. Sack
LOCKE LORD LLP
3 WORLD FINANCIAL CTR
NEW YORK NY 10281-1013

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/trademarks/index.jsp**

**APPLICANT:** Quesos La Ricura, Ltd.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
1004396.022U
**CORRESPONDENT E-MAIL ADDRESS:**
ptotmcommunication@lockelord.com

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE: 12/12/2012**

**DATABASE SEARCH:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:** In accordance with the authorization granted by Alan M. Sack on December 12, 2012, the trademark examining attorney has amended the application as indicated below. Please advise the undersigned immediately of any objections. Otherwise, no response is necessary. TMEP §707. Any amendments to the identification of goods and/or services may clarify or limit the goods and/or services, but may not add to or broaden the scope of the goods and/or services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*

The Section 2(e)(1) refusal is withdrawn as moot, based upon the applicant's amendment to the Supplemental Register. TMEP §§713.02, 714.04.

**Translation Of Foreign Wording In Mark**
The following translation statement is added to the record:

The English translation of QUESO ARROCERO in the mark is "CHEESE FOR RICE" or "CHEESE FOR RICE GROWERS".

*See* 37 C.F.R. §§2.32(a)(9), 2.61(b); TMEP §§809, 809.03.

/Andrea Koyner Nadelman/

Andrea Koyner Nadelman
Trademark Examining Attorney
Law Office 110
571-272-9370
andrea.nadelman@uspto.gov

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | Quesos La Ricura, Ltd. (ptotmcommunication@lockelord.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85520729 - QUESO ARROCERO - 1004396.022U |
| **Sent:** | 12/12/2012 3:06:26 PM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **12/12/2012** FOR U.S. APPLICATION SERIAL NO.85520729

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov/, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.