**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUESOS LA RICURA, LTD., | |
| Plaintiff, | |
| | Civil Action No.: 2:25-cv-04548-SJB-SIL |
| v. | |
| RIO GRANDE FOOD PRODUCTS, INC., | *via ECF* |
| Defendant. | |
| | |
| RIO GRANDE FOOD PRODUCTS, INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| QUESOS LA RICURA, LTD., | |
| Counterclaim Defendant. | |

**QUESOS LA RICURA'S MOTION TO AMEND COMPLAINT, BY
CONSENT**

Plaintiff and Counterclaim Defendant QUESOS LA RICURA, LTD. , by and through the

undersigned counsel, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and

hereby respectfully moves this Court for leave to amend the Complaint to add a claim for

trademark infringement of the marks OLANCHO QUESO SECO FRIJOLERO and QUESO

SECO FRIJOLERO by Defendant, RIO GRANDE FOOD PRODUCTS, INC. USCS Fed Rules

Civ Proc R 15.(2).

Plaintiff's undersigned Counsel contacted Defendant's Counsel on February 10, 2026 and asked

for Defendant's Consent for filing the Amended Complaint. Plaintiff provided a blacklined copy

1

of the proposed Amended Complaint on February 11, 2026 and a corrected version on February 12, 2026. Defendant's Counsel on February 16, 2026, has provided its Consent for Plaintiff's filing of the [proposed] Amended Complaint, and Plaintiff's Counsel agreed to Defendant's request for 30 days to Answer or otherwise move.

In support of this Motion, by Consent, Plaintiff further states as follows:

1. Plaintiff filed its Complaint on August 14, 2025, alleging trademark infringement and unfair competition by Defendant Rio Grande Food Products, Inc. regarding Plaintiff's QUESO ARROCERO trademark.

2. Plaintiff now seeks to amend its Complaint to add a claim for trademark infringement and unfair competition in connection with another of Plaintiff's Registered trademarks for the Mark: "OLANCHO QUESO SECO FRIJOLERO," which has been dully Registered in the United States Patent and Trademark Office, Reg. No. 8,051,988. In addition, Plaintiff has common law rights due to its longstanding use of the Mark: "QUESO SECO FRIJOLERO," for which an application for Registration is currently pending in the USPTO. Defendant is infringing Quesos La Ricura's Registered and pending Trademarks and unfairly competing with Plaintiff, through its sale of products under the confusingly similar brand "MIX DE QUESOS FRIJOLEROS."

3. Plaintiff discovered that Defendant is selling cheese products under the brand "MIX DE QUESOS FRIJOLEROS," which infringes upon Plaintiff's Registered, and common law trademarks OLANCHO QUESO SECO FRIJOLERO and QUESO SECO FRIJOLERO marks, respectively.

4. The proposed amendment is substantially related to the claims already asserted in the

original Complaint, as it involves the same parties and similar allegations of trademark infringement and unfair competition in the cheese product market.

5. The proposed amendment is based on the same legal theories as the original Complaint, namely violations of the Lanham Act for trademark infringement and unfair competition, under the Trademark Act, 15 USCS §§ 1125 and 1114.

6. The proposed amendment will not unduly prejudice the Defendant, as discovery has  only just commenced, and a Protective Order has not yet been entered in the case.

7. The proposed amendment is not being sought in bad faith or with dilatory motive, but rather to ensure that all of Plaintiff's claims against Defendant are adjudicated in a single proceeding.

8. The proposed amendment is not futile, as Plaintiff has valid trademark rights in the "OLANCHO QUESO SECO FRIJOLERO" trademark and Defendant's use of "MIX DE QUESOS FRIJOLEROS" mark is likely to cause confusion and mistake among consumers as to the source or sponsorship of Defendant's goods.

9. Rule 15(a)(2) provides that the Court "should freely give leave [to amend] when justice so requires." USCS Fed Rules Civ Proc R 15(a)(2).

10. Justice requires that Plaintiff be permitted to amend its Complaint to add this related claim of trademark infringement to avoid piecemeal litigation and promote judicial economy.

11. This Motion is timely, as the Court has set a due date of February 16, 2026, for amendments to pleadings, and Plaintiff is filing this Motion in compliance with that deadline, with Defendant's.

12. A blacklined copy of the [proposed] Amended Complaint is attached hereto as **Exhibit A**.

Therefore, Plaintiff and Counterclaim Defendant, QUESOS LA RICURA, Ltd. respectfully

requests that this Court grant leave to file the [proposed] Amended Complaint attached hereto as

Exhibit A, and that Defendant is granted 30 days, in order to Answer or otherwise move.

Respectfully submitted,

Dated: February 16, 2026                                  **SACK IP Law p.c.**

By: /Alan M. Sack/
    Alan M. Sack

| | |
|---|---|
| 445 Park Avenue | 6800 Jericho Tpk. |
| 9th Floor | Suite 120W |
| New York, NY 10022 | Syosset, NY 11791 |
| Tel: (212) 500-1310 | Tel: (516) 393-5960 |

Email: Alan.Sack@sack-ip.com

*Counsel for Plaintiff and Counterclaim-Defendant, Quesos La Ricura, Ltd.*

**So Ordered:**

_____
The Hon. Magistrate Judge Steven I. Locke

Dated: February___,2026