# EXHIBIT A

Quesos La Ricura's prior US Registration No. **4,277,475** of the **QUESO ARROCERO** Mark for Cheese; and

Quesos La Ricura's pending Application, Serial No. **98/836468** for Registration of the **QUESO ARROCERO** Mark for Cheese on the Principal Register of the USPTO.



# United States of America
## United States Patent and Trademark Office

# QUESO ARROCERO

**Reg. No. 4,277,475**

**Registered Jan. 15, 2013**

**Int. Cl.: 29**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

QUESOS LA RICURA, LTD. (NEW YORK CORPORATION)
225 PARK AVENUE
HICKSVILLE, NY 11801

FOR: CHEESE, IN CLASS 29 (U.S. CL. 46).

FIRST USE 5-8-2009; IN COMMERCE 5-8-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "QUESO", APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF "QUESO ARROCERO" IN THE MARK IS "CHEESE FOR RICE" OR "CHEESE FOR RICE GROWERS".

SER. NO. 85-520,729, FILED P.R. 1-19-2012; AM. S.R. 11-27-2012.

ANDREA K. NADELMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98836468**
**Filing Date: 11/04/2024**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | QUESO ARROCERO |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | QUESO ARROCERO |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Quesos La Ricura, Ltd. |
| *MAILING ADDRESS | 225 Park Avenue |
| *CITY | Hicksville |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 11801 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | https://quesoslaricura.com/ |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 029 |
| *IDENTIFICATION | Cheese |

| *FILING BASIS | SECTION 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 05/08/2009 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/08/2009 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\988\364\98836468\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | A photograph of the goods having a label on the packaging for the goods, prominently displaying the mark as used in interstate commerce |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | The English translation of QUESO in the mark is cheese. |
| *TRANSLITERATION (if applicable) | The non-Latin characters in the mark transliterate to QUESO ARROCERO and this means Cheese for Rice makers or Cheese for those who make Rice in English. |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 4277475. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use QUESO apart from the mark as shown. |
| SECTION 2(f) Claim of Acquired Distinctiveness, based on Active Prior Registration(s) | The mark has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 4277475. |
| SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | ALAN M. SACK |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | SACK IP Law p.c. |
| INTERNAL ADDRESS | Suite 120W |
| STREET | 6800 Jericho Turnpike |
| CITY | Syosset |
| STATE | New York |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 11791 |

| PHONE | 516-393-5960 |
|---|---|
| EMAIL ADDRESS | alan.sack@sack-ip.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | ALAN M. SACK |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | alan.sack@sack-ip.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | ip.docket@sack-ip.com; alanmsack@gmail.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /ALAN M. SACK/ |
| * SIGNATORY'S NAME | ALAN M. SACK |
| * SIGNATORY'S POSITION | Attorney of Record, NY Bar Member |
| SIGNATORY'S PHONE NUMBER | 516-393-5960 |
| * DATE SIGNED | 11/04/2024 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 98836468**
**Filing Date: 11/04/2024**

## To the Commissioner for Trademarks:

**MARK:** QUESO ARROCERO (Standard Characters, see mark)
The literal element of the mark consists of QUESO ARROCERO. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Quesos La Ricura, Ltd., a limited liability company legally organized under the laws of New York, having an address of
    225 Park Avenue
    Hicksville, New York 11801
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 029:  Cheese

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 029, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 05/08/2009, and first used in commerce at least as early as 05/08/2009, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) A photograph of the goods having a label on the packaging for the goods, prominently displaying the mark as used in interstate commerce.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Disclaimer**
No claim is made to the exclusive right to use QUESO apart from the mark as shown.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4277475.

**Translation**
The English translation of QUESO in the mark is cheese.

**Transliterations**
The non-Latin characters in the mark transliterate to QUESO ARROCERO and this means Cheese for Rice makers or Cheese for those who make Rice in English.

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Active Prior Registration(s)**
The mark has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 4277475.

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.

For informational purposes only, applicant's website address is: https://quesoslaricura.com/
The owner's/holder's proposed attorney information: ALAN M. SACK. ALAN M. SACK of SACK IP Law p.c., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

Suite 120W
6800 Jericho Turnpike
Syosset, New York 11791
United States
516-393-5960(phone)
alan.sack@sack-ip.com

ALAN M. SACK submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

ALAN M. SACK

PRIMARY EMAIL FOR CORRESPONDENCE: alan.sack@sack-ip.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): ip.docket@sack-ip.com; alanmsack@gmail.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

<strong>Declaration</strong>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /ALAN M. SACK/   Date: 11/04/2024
Signatory's Name: ALAN M. SACK
Signatory's Position: Attorney of Record, NY Bar Member
Signatory's Phone Number: 516-393-5960
Signature method: Signed directly within the form
Payment Sale Number: 98836468
Payment Accounting Date: 11/04/2024

Serial Number: 98836468
Internet Transmission Date: Mon Nov 04 18:56:38 ET 2024
TEAS Stamp: USPTO/FTK-XXX.XX.XXX.XXX-202411041856402
93357-98836468-870a7e49b83fa316abab2f2a1
872f3ff12a7f118e15352ef8769b1162e136596e
-CC-56386717-20241104182842202528

# QUESO ARROCERO

