# EXHIBIT A1

Photographs of Quesos La Ricura's **QUESO ARROCERO** Cheese Products, showing the well-known Trade Dress for its QUESO ARROCERO branded products.





