# EXHIBIT B

Quesos La Ricura's active US Registration No. **8,051,988** of the **OLANCHO QUESO SECO FRIJOLERO** Mark for Cheese; and

Quesos La Ricura's prior US Registration No. **4,287,797** of the **QUESO SECO FRIJOLERO** Mark for Cheese, which had lapsed in August 25, 2023; and

Quesos La Ricura's pending Application, **99/494680** for Registration of the **QUESO SECO FRIJOLERO** Mark for Cheese on the Principal Register of the USPTO.

EXHIBIT B

# United States of America

### United States Patent and Trademark Office

# OLANCHO QUESO SECO FRIJOLERO

**Reg. No. 8,051,988**

**Registered Dec. 02, 2025**

**Int. Cl.: 29**

**Trademark**

**Principal Register**

Quesos La Ricura, Ltd. (NEW YORK LIMITED LIABILITY COMPANY)
225 Park Avenue
Hicksville, NEW YORK 11801

CLASS 29: Cheese

FIRST USE 6-6-2010; IN COMMERCE 6-6-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4063817, 3324148, 3649789

No claim is made to the exclusive right to use the following apart from the mark as shown: "QUESO SECO"

The English translation of the Spanish wording OLANCHO QUESO SECO FRIJOLERO in the mark is "OLANCHO" refers to a department (a political subdivision) in Honduras, "QUESO SECO" means Dry Cheese and "Frijolero" is slang for "Bean Eater" or "Beaner." Accordingly, the prhase loosly translates to "dry cheese for beaners.".

SER. NO. 99-165,473, FILED 05-01-2025



Director of the United States
Patent and Trademark Office



EXHIBIT B

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

EXHIBIT B



# United States of America
## United States Patent and Trademark Office

# QUESO SECO FRIJOLERO

**Reg. No. 4,287,797**

**Registered Feb. 12, 2013**

**Int. Cl.: 29**

**TRADEMARK**

**PRINCIPAL REGISTER**

QUESOS LA RICURA, LTD. (NEW YORK CORPORATION)
225 PARK AVENUE
HICKSVILLE, NY 11801

FOR: CHEESE, NAMELY, HARD CHEESE, IN CLASS 29 (U.S. CL. 46).

FIRST USE 3-3-2008; IN COMMERCE 3-3-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,839,462.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "QUESO SECO", APART FROM
THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF "QUESO SECO" IN THE MARK IS "DRY CHEESE".

SER. NO. 85-501,464, FILED 12-21-2011.

ANDREA K. NADELMAN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

## EXHIBIT B

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

EXHIBIT B

---

## Trademark/service mark application, Principal Register

Serial number: 99494680

Mark: QUESO SECO FRIJOLERO

Mark format: Standard character

Filing date: November 13, 2025 at 12:16:43 PM ET

Docket number: 123-00044R1

Owner name: Quesos La Ricura, Ltd.

Amount paid: $ 350 (1 class)

---

# Filing receipt for trademark/service mark application, Principal Register and next steps in the application process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO)! You have started the legal process to federally register your mark.

This filing receipt confirms that you successfully submitted your application, which now must be reviewed to see if it qualifies for registration. Registration is not *automatic or guaranteed*. Below you will see your mark, the serial number assigned to your application, and a description of what happens next in the application process. Carefully review this information to make sure it is correct and so you know what to expect. We also highly recommend keeping a copy for your records.

**Please pay attention to the section below regarding scams and read the [Protect against scams section](#) on our website.** Also, we encourage you to take advantage of the resources we have linked at the end for first-time applicants, startups, and women entrepreneurs.

**Your mark**
QUESO SECO FRIJOLERO (standard characters, mark.jpg)
The literal element of the mark consists of QUESO SECO FRIJOLERO. The mark consists of standard characters, without claim to any particular font style, size, or color.

**Your serial number**
Your application was assigned serial number 99494680. You must refer to your

EXHIBIT B

serial number in all communications about your application.

**What you should do right now**
Review your application data below for any errors. If you find an error, visit the After You File webpage for information on correcting errors.

**What we do next**
Now that your application has been submitted, it will eventually be assigned to an examining attorney. The examining attorney reviews your application to make sure it meets all of the legal requirements and that your mark is registrable. To learn more, please visit the Examination of your application webpage and the Trademark basics webpage.

**Marks with a design element**
If your mark includes a design element, we'll assign it one or more design search codes. We'll notify you of these codes within the next several weeks and you can suggest that we add or delete a design search code from your file.

**Timing**
It will take some time before you hear from the examining attorney. Check out what impacts how long it takes to register your mark and the current average processing times.

**Office actions**
If your application does not meet all of the requirements, you'll receive a communication from your examining attorney called an "office action." This doesn't automatically mean your mark isn't registrable. It describes any issues the examining attorney found in your application. Your reply to an office action is an opportunity to resolve the issues. You must reply by the deadline to continue the application process and avoid abandonment of your application.

If you have questions, see how to respond to office actions or call the assigned examining attorney. The attorney's contact information is included in the office action. They can help clarify the issues raised in the office action at no cost to you. Please keep in mind that they cannot provide you with legal advice.

**What else you should do**
These are things to monitor while your application moves through the examination process.

EXHIBIT B

**Keep your addresses current in USPTO records**

If your postal or email address changes, you must update the owner's address using the electronic filing forms on our website. We don't extend filing deadlines if you don't receive USPTO mail or email.

**Check your application status in our database every three to four months**

To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

TSDR contains your complete application record. It includes every communication we send you and every action related to your application.

**Watch out for scams**

Recognizing common signs of a scam can help you avoid costly mistakes. Scammers pretend to be from the USPTO, often state there's some sort of problem with your application, pressure you to act immediately, and tell you to pay some sort of fee or provide personal information. Some will even call you and use names, numbers, and locations of real USPTO employees to try to steal your money or personal information. USPTO employees will never ask you for your personal or payment information over the phone.

If you receive a notification about paying to publish your trademark in a directory, avoid doing so. Trademark directory listings aren't necessary. They're unofficial and not associated with the USPTO.

All official communications will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you're unsure about whether a communication is from us, call or email the Trademark Assistance Center or check your records in our database, TSDR. Any official communications we send you will be uploaded to your records in TSDR. Visit protect against scams on our website.

**Stay current with USPTO**

Sign up to get Trademark Alert emails to stay up to date with changes in the USPTO that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters.

EXHIBIT B

**How to sign up**

On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g., Trademark Alerts). Pick your areas of interest, then select the Submit button.

**Provide feedback**

You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Resources for new applicants**

We have many resources available for small business owners, first-time applicants, and entrepreneurs taking the first step to protect their trademark. Read the welcome letter from our leaders for details.

## Trademark details

### Mark

QUESO SECO FRIJOLERO

### Mark Format

**Standard character**

The mark consists of standard characters, without claim to any particular font style, size, or color.

## Owner information

| | |
|---|---|
| *Name | Quesos La Ricura, Ltd. |
| *Entity type | Limited liability company |
| *Place of organization/citizenship | New York |
| **Mailing address information** | |
| *Address line 1 | 225 Park Avenue |
| *City | Hicksville |
| *State/territory | New York |
| *Zip/postal code | 11801 |

EXHIBIT B

| *Country/region/jurisdiction/territory | United States |
|---|---|
| *Email address | NPD@Quesoslaricura.com |
| Owner website URL | https://quesoslaricura.com |
| **Domicile address information** | |
| The mailing address is the same as the owner's domicile address. | |

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

| **International Class 029** |
|---|
| Filing basis: Section 1(a) |
| Cheese; Cheese, namely, **Hard Cheese** |

| **Specimen Information** | |
|---|---|
| *First use anywhere date | At least as early as 03/03/2008 |
| *First use in commerce date | At least as early as 03/03/2008 |
| *Specimen file name | [Specimen-QUESO SECO FRIJOLERO-Cheese.jpg](#) |
| URL | None specified. |
| Date of access | None specified. |
| *Description | A photograph of the packaging containing the goods with a label prominantly displaying Applicant's Mark |

# Additional statements

EXHIBIT B

| | |
|---|---|
| *Translation (if applicable) | The English translation of the Spanish wording "QUESO SECO" is "DRY CHEESE" . |
| *Translation (if applicable) | The Spanish wording "FRIJOLERO" has no meaning in a foreign language. |
| *Transliteration (if applicable) | |
| *Consent (name/likeness) (if applicable) | |
| *Claim of ownership of active prior registrations(s) (if applicable) | |
| *Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| *Additional statements including use of the mark in another form (if applicable) | Additional information about the mark: Applicant is the owner of abandoned prior registration to the mark QUESO SECO FRIJOLERO Reg. No. 4,287,797 for the same goods on the Principal Register. The Application was cancelled in 2023 under Section 8. Applicant is also the owner of the published application Serial No. 99165473 on the Principal Register for the mark OLANCHO QUESO SECO FRIJOLERO for Cheese. The Spanish term "Frijolero" is slang for "Bean Eater" or "Beaner." It is a perjorative slang term that does not have an actual translation. Accordingly, the mark loosly translates to "dry cheese for beaners." |
| Significance of mark | |
| Disclaimer | No claim is made to the exclusive right to use QUESO SECO, apart from the mark as shown. |

EXHIBIT B

# Attorney information

## Attorney name and address

| | |
|---|---|
| *Name | Alan Martin Sack |
| Law firm | SACK IP Law p.c, |
| *Address line 1 | 6800 Jericho Turnpike |
| Address line 2 | Suite 120W |
| *City | Syosset |
| *State/territory | New York |
| *Zip/postal code | 11791 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | alan.sack@sack-ip.com |
| Primary telephone number | (516) 393-5960 |
| Extension | None specified. |

## Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | 1929538 |
| *Jurisdiction | NY |
| *Year of admission | 1984 |

### Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

### Docket or reference number

123-00044R1

# Correspondence information

EXHIBIT B

| | |
|---|---|
| *Correspondence name | Alan Martin Sack |
| *Primary correspondence email address | alan.sack@sack-ip.com |
| Docket or reference number | 123-00044R1 |
| Courtesy copy email addresses | ip.docket@SACK-IP.com; alanmsack@gmail.com |

## Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $ 350 |
| Total fees paid | $ 350 |

## Declaration and signature

### Declaration

[ X ]   Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

EXHIBIT B

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| *Electronic Signature | /jesusggutierrez/ |
| *Signatory's name | Jesus Gutierrez |
| *Signatory's position | Chief Operatrating Officer (COO) |
| *Date signed | 11/12/2025 |
| Signature method | Electronic signature emailed to third party |

EXHIBIT B

## Payment receipt

**Owner:** Quesos La Ricura, Ltd.

**Mark :** QUESO SECO FRIJOLERO

**Serial Number :** 99494680

**Docket Number :** 123-00044R1

**Number of Classes :** 1

| Fee code description | Fee amount | Qty | Item total |
|---|---|---|---|
| Base application, per class | $ 350 | 1 | $ 350 |
| | | | **Total paid: $ 350** |
| | | | **Payment method: CARD** |
| | | | **Date payment received: 11/13/2025** |

STAMP:USPTO/APPB-72.68.203.157-20251113121643475-99494680-17.1-a17f4780-e19a-4c96-ae51-3aaf12ff8f4a-CARD-20251110182205884184

EXHIBIT B

