# EXHIBIT B1

Photographs of Quesos La Ricura's **OLANCHO QUESO SECO FRIJOLERO** and **QUESO SECO FRIJOLERO** Cheese Products, showing the well-known Trade Dress for its **OLANCHO QUESO SECO FRIJOLERO** and **QUESO SECO FRIJOLERO** branded products.

EXHIBIT B1



EXHIBIT B1



EXHIBIT B1



EXHIBIT B1



EXHIBIT B1



EXHIBIT B1



EXHIBIT B1

