# EXHIBITS C1-C3

## Infringing Rio Grande Product on Supermarket Shelves in NY

**Exhibit C-1** photographed at Shop Fare Supermarket located at 1329 Beach Channel Dr., Far Rockaway NY;

**Exhibit C-2** photographed at Key Food Supermarket located at 2020 New Haven Ave, Far Rockaway, NY; and

**Exhibit C-3** photographed at Ideal Food Basket, 271 Burnside Ave, Lawrence, NY.

**EXHIBIT C-1 Infringing Rio Grande Product on Supermarket Shelves** photographed at Shop Fare Supermarket located at 1329 Beach Channel Dr., Far Rockaway NY







# EXHIBIT C-2

## Infringing Rio Grande Product on Supermarket Shelves

photographed at Key Food Supermarket located at 2020 New Haven Ave, Far Rockaway, NY



Case 2:25-cv-04848-SJB-SIL   Document 24-7   Filed 02/16/26   Page 8 of 16 PageID #: 325









**EXHIBIT C3-Infringing Rio Grande Product on Supermarket Shelves** photographed at Ideal Food Basket, 271 Burnside Ave, Lawrence, NY.





Case 2:25-cv-04548-SJB-SIL   Document 24-7   Filed 05/19/25   Page 16 of 16 PageID #: 332



