**EXHIBIT D1** Infringing Rio Grande QUESO ARROCERO Product **on Supermarket Shelves in Maryland** photographed at the in Megamart Supermarket in Hyattsville, Maryland













# Megamart Supermarket

2441 Chillum Rd Haysttville, MD
PH./301 422 13 4/ 301 864 8601
NEW PH./2 0 764 8016

ORDER # 2071 22
INVOICE# 207 222
Closed to Debit Card Purchase

DATE/TIME: 5 22/202 11:20:30 AM
CASHIER: HILDA
STATION: 08

==========  ======  =========================
- Fruits and Vegeta les marked with the
"Final price "HAVE NO RETURN".
- Frutas y Vegetale Marcadas con
"FINAL PRICE .
NO LAS RETORNAMOS.
-WITHOUT RECEIPT WE DO NOT MAKE ANY
TYPE OF RETURN.
-SIN RECIBO NO HACEMOS NINGUN TIPO DE
DEVOLUCION.
==========  ======  =========================

| Weight/pc | Unit Price | Total Price |
|---|---|---|
| FS MIX DE QUESO FRIJOLEROS 12OZ-812324034377 | | |
| 1 pc | $8.89/pc | $8.89 |
| FS RGrande Queso Duro 14oz-738529004864 | | |
| 1 pc | $10.99/pc | $10.99 |
| FS QUESO ARROCERO 1 OZ-812324034322 | | |
| 1 pc | $8.89/pc | $8.89 |
| Small Bag-Bags1* | | |
| 1 pc | $0.12/pc | $0.12 |

==========  ======  =========================

| | |
|---|---|
| Subtotal | $28.89 |
| MD Tax | $0.01 |
| **GRAND TOTAL** | **$28.90** |
| Debit Card | $28.90 |

SALE

DEBIT                    ************5399
ENTRY METHOD  CHIP
DATE: 05/22/2025  TIME: 11:20:39

INVOICE: 221
REFERENCE: 1 621607
AUTH CODE: 0 0490

| AMOUNT | USD$ 28.90 |
|---|---|
| TOTAL | USD$ 28.90 |

APPROVED    THANK YOU

APPLICATION LABEL: US Debit
AID: A0000000 042203
TVR: 8000048 00
IAD: 0110A00 012200 0000000000000000000000F
TSI: 6800
CVM: PIN VERIFIED

EXCHANGE ARE ALLOWED BETWEEN 24HRS
MEAT/SEAFOOD EXCHANGE BETWEEN 12HRS
CAMBIOS DENTRO DE LAS 24HRS.
CARNICERIA Y MARISCOS DENTRO DE 12HRS.
THANK YOU FOR SHOPPING WITH US
GRACIAS POR SU PREFERENCIA
ANY QUESTION CONTACT US 9:00AM -9:00PM
JACQUI OCHOA - OFFICE MANAGER
ALEX LOPEZ - GENERAL MANAGER



I10 1-2071222