EXHIBIT D2 Infringing Rio Grande MIX DE QUESOS FRIJOLEROS Product on Supermarket Shelves in Maryland photographed at the in Megamart Supermarket in Hyattsville, Maryland





**MIX DE QUESOS FRIJOLEROS**

ORIGINAL Y CON CHILE 🌶️

MIX OF HARD CHEESES IN ORIGINAL AND CHILIES

Net Wt. / Peso Neto 12 oz (340g)