# EXHIBIT E

**Demand Letter to Rio Grande Products, Inc.**

**To Cease Sales and Distribution of Cheeses**

**bearing the infringing QUESO ARROCERO Mark**

**<u>Owned by Quesos La Ricura, Ltd.</u>**

**dated April 25, 2025**

**with EXHIBITS A-C attached**

EXHIBIT E



**SACK** IP Law p.c.

**Alan M. Sack**

| | |
|---|---|
| **445 Park Avenue** | **6800 Jericho Tpk.** |
| **9th Floor** | **Suite 120W** |
| **NY, NY 10022** | **Syosset, NY 11791** |

**(516) 393-5960- LI**
**(212) 500-1310- NYC**
**Email:** Alan.Sack@SACK-IP.com

April 25, 2025

**By email to:** jAlvarado@RioGrande.com **and by**
**Certified Mail Return Receipt Requested**

Mr. Josué Alvarado, President
Rio Grande Products, Inc.
8610 Cherry Lane, Suite 41
Laurel, MD 20707

> **Re:  Demand Letter to Rio Grande Products, Inc.**
> **To Cease Sales and Distribution of Cheeses**
> **bearing the infringing QUESO ARROCERO Mark**
> <u>**Owned by Quesos La Ricura, Ltd.**</u>

Dear Mr. Alvarado:

We are Intellectual Property counsel for Quesos La Ricura, Ltd. ("Quesos La Ricura" or "our Client"), in its trademark and other intellectual property matters. As you know, Quesos La Ricura distributes a variety of food and dairy products, including cream, fresh cream and cheese, and sells its products throughout the United States. Over the years, our client has manufactured products for sale and distribution by your company, Rio Grande Products, Inc.'s ("Rio Grande"), one of which bearing Quesos La Ricura's Trademark **QUESO ARROCERO.**

Quesos La Ricura sells its **QUESO ARROCERO** Cheese products throughout the United States. Quesos La Ricura has continuously and extensively used the **QUESO ARROCERO** brand in interstate commerce since May 8, 2009, and has Registered the Mark in the US Patent and Trademark Office (the USPTO) on January 15, 2013, as US Registration **No. 4,277,475** for Cheese, which had lapsed in July 2023. Quesos La Ricura has since refiled an Application for Registration of the **QUESO ARROCERO** Mark with the USPTO, on November 4, 2024, which was assigned US Serial No. **98/836468** that is currently pending. Copies of Quesos La Ricura's prior



EXHIBIT E

**SACK** IP Law p.c.

April 25, 2025

Mr. Josué Alvarado, President
Rio Grande Products, Inc

US Registration No. **4,277,475** for Cheese, and Quesos La Ricura's pending Application, Serial No. **98/836468** for Registration of the **QUESO ARROCERO** Mark for Cheese on the Principal Register of the USPTO, are attached as **Exhibit A.**

Over the last 16 years, Quesos La Ricura has made a large investment in the advertising, promotion and nationwide distribution of its **QUESO ARROCERO** brand to the Latin American communities throughout the United States. As a result of Quesos La Ricura's extensive distribution, and marketing efforts, as well as its sales of **QUESO ARROCERO** brand products to the Latino communities throughout the United States, the **QUESO ARROCERO** brand has become very well-known for its unique Cheese product. Consequently, the **QUESO ARROCERO** Trademark has acquired a distinctive quality, such that consumers who encounter **QUESO ARROCERO** branded products immediately recognize the mark and make the connection that these products emanate from a single source. Information regarding Quesos La Ricura can be found at http://www.quesoslaricura.com.

We understand that Rio Grande was selling **QUESO ARROCERO** branded private label cheese product, that was manufactured and licensed by Quesos La Ricura for Rio Grande, for exclusive distribution since at least 2010. That arrangement was terminated by Quesos La Ricura on July 6, 2020, and on that same date Rio Grande also ceased to act as a distributor of other Quesos La Ricura products in their designated territory, which included Maryland, certain areas of Virginia, and Washington D.C. A copy of Quesos La Ricura's Termination Letter dated July 6, 2020 to Rio Grande Food Products, Inc. is attached as **Exhibit B.**

Although Quesos La Ricura has revoked Rio Grande's license and has, effective, as of July 6, 2020, our Client discovered that Rio Grande has recently opened an Office and Place of Business in Nassau County, in Long Island, at 120 Eileen Way, Syosset, NY 11791 and has been selling infringing **QUESO ARROCERO** branded products in Supermarkets and bodegas in Nassau County, on Long Island, and in Queens, New York, in direct competition with Quesos La Ricura's authentic **QUESO ARROCERO** branded products, including at *Shop Fare Supermarket* located at 1329 Beach Channel Dr., Far Rockaway NY 11691; *Key Food Supermarket* located at 2020 New Haven Ave, Far Rockaway, NY 11691; and at *Ideal Food Basket*, 271 Burnside Ave, Lawrence, NY 11559.

Photographs of infringing **QUESO ARROCERO** branded products being sold by Rio Grande, on the supermarket shelves in direct competition with Quesos La Ricura's branded products are attached as **Exhibits C1-C3**. Exhibit C-1 photographed at Shop Fare Supermarket located at 1329 Beach Channel Dr., Far Rockaway NY; Exhibit C-2 photographed at Key Food Supermarket located at 2020 New Haven Ave, Far Rockaway, NY; and Exhibit C-3 photographed at Ideal Food Basket, 271 Burnside Ave, Lawrence, NY.



EXHIBIT E

**SACK** IP Law p.c.

April 25, 2025

Mr. Josué Alvarado, President
Rio Grande Products, Inc

Our Client, Quesos La Ricura demands that Rio Grande immediately cease and desist from any and all unauthorized manufacture, distribution and sale of **QUESO ARROCERO** branded products, unless such products were legitimately purchased from Quesos La Ricura bearing the **QUESO ARROCERO** brands.

The unauthorized marketing, sale and distribution of Dairy products bearing Quesos La Ricura's **QUESO ARROCERO** Trademark would cause harm to our client and will cause confusion in the marketplace. Such actions by Rio Grande would constitute trademark infringement and unfair competition under the Lanham Act, **15 U.S.C. §1125(a)**, and the common law of the State of New York. Quesos La Ricura has recourse in the United States Federal Courts, in particular in the U.S. District Court for the Eastern District of New York, in order to protect its trademark rights in the **QUESO ARROCERO** mark, to seek injunctive relief; an accounting for Rio Grande's profits in the sale of infringing **QUESO ARROCERO** products; as well as Quesos La Ricura's damages, including treble damages when appropriate; and Quesos La Ricura's attorney's fees and costs in enforcing its mark under the Lanham Act, **15 U.S.C**. § **1117.**

We have not yet taken legal action, however, unless we receive your written assurances as outlined below by **May 10, 2025**, we will be forced to take legal action for trademark infringement against Rio Grande.  Accordingly, please provide us with written assurances that:

1.      Rio Grande has immediately ceased selling, offering for sale, advertising and/or marketing any products in the United States using the **QUESO ARROCERO** mark and any other marks that are confusingly similar to Quesos La Ricura's trademarks;

2.      Rio Grande has immediately ceased selling and marketing any products in the United States using the infringing **QUESO ARROCERO** mark on packaging and labels and any other packaging and labels that are confusingly similar to Quesos La Ricura's packaging and label trade dress;

3.      Rio Grande has immediately ceased any course of conduct likely to cause confusion, deception or mistake, to injure Quesos La Ricura's business reputation or dilute the **QUESO ARROCERO** mark, appropriate the goodwill and reputation of the QUESO ARROCERO mark or lead to the passing off of Rio Grande's products as Quesos La Ricura products;

4.      Rio Grande has offered up for destruction any and all unauthorized and infringing packaging, labels, advertising and promotional or other materials;

5.      Rio Grande has removed all infringing products from all store shelves, throughout the United States; and

3



EXHIBIT E

**SACK** IP Law p.c.

April 25, 2025

Mr. Josué Alvarado, President
Rio Grande Products, Inc

6.      Rio Grande has provided us with an accounting of sales of infringing **QUESO ARROCERO** products, in units and dollars, as well as a full description of the current product inventory maintained by Rio Grande**,** or any other company under your control, and has offered to pay over to Quesos La Ricura all profits realized by sales of products bearing the **QUESO ARROCERO** mark.

We expect that you will want to respect Quesos La Ricura's legal rights and immediately respond with confirmation that the requested actions are being taken. Without such assurances, however, we will be compelled to enforce our client's rights to the full extent of the law.

We look forward to your prompt response.

Sincerely,

Alan M. Sack

# EXHIBIT A

Quesos La Ricura's prior US Registration No. **4,277,475** of the **QUESO ARROCERO** Mark for Cheese; and

Quesos La Ricura's pending Application, Serial No. **98/836468** for Registration of the **QUESO ARROCERO** Mark for Cheese on the Principal Register of the USPTO.



# United States of America
## United States Patent and Trademark Office

# QUESO ARROCERO

**Reg. No. 4,277,475**

**Registered Jan. 15, 2013**

**Int. Cl.: 29**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

QUESOS LA RICURA, LTD. (NEW YORK CORPORATION)
225 PARK AVENUE
HICKSVILLE, NY 11801

FOR: CHEESE, IN CLASS 29 (U.S. CL. 46).

FIRST USE 5-8-2009; IN COMMERCE 5-8-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "QUESO", APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF "QUESO ARROCERO" IN THE MARK IS "CHEESE FOR RICE" OR "CHEESE FOR RICE GROWERS".

SER. NO. 85-520,729, FILED P.R. 1-19-2012; AM. S.R. 11-27-2012.

ANDREA K. NADELMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98836468**
**Filing Date: 11/04/2024**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | QUESO ARROCERO |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | QUESO ARROCERO |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Quesos La Ricura, Ltd. |
| **\*MAILING ADDRESS** | 225 Park Avenue |
| **\*CITY** | Hicksville |
| **\*STATE**<br>(Required for U.S. applicants) | New York |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>(Required for U.S. and certain international addresses) | 11801 |
| **\*EMAIL ADDRESS** | XXXX |
| **WEBSITE ADDRESS** | https://quesoslaricura.com/ |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | LIMITED LIABILITY COMPANY |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 029 |
| **\*IDENTIFICATION** | Cheese |

| | |
|---|---|
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 05/08/2009 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 05/08/2009 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\988\364\98836468\xml1 \ FTK0003.JPG |
| **SPECIMEN DESCRIPTION** | A photograph of the goods having a label on the packaging for the goods, prominently displaying the mark as used in interstate commerce |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| **\*TRANSLATION** (if applicable) | The English translation of QUESO in the mark is cheese. |
| **\*TRANSLITERATION** (if applicable) | The non-Latin characters in the mark transliterate to QUESO ARROCERO and this means Cheese for Rice makers or Cheese for those who make Rice in English. |
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 4277475. |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |
| **DISCLAIMER** | No claim is made to the exclusive right to use QUESO apart from the mark as shown. |
| **SECTION 2(f) Claim of Acquired Distinctiveness, based on Active Prior Registration(s)** | The mark has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 4277475. |
| **SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use** | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
| **ATTORNEY INFORMATION** | |
| **NAME** | ALAN M. SACK |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | SACK IP Law p.c. |
| **INTERNAL ADDRESS** | Suite 120W |
| **STREET** | 6800 Jericho Turnpike |
| **CITY** | Syosset |
| **STATE** | New York |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 11791 |

| PHONE | 516-393-5960 |
| --- | --- |
| EMAIL ADDRESS | alan.sack@sack-ip.com |

| CORRESPONDENCE INFORMATION | |
| --- | --- |
| NAME | ALAN M. SACK |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | alan.sack@sack-ip.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | ip.docket@sack-ip.com; alanmsack@gmail.com |

| FEE INFORMATION | |
| --- | --- |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

| SIGNATURE INFORMATION | |
| --- | --- |
| * SIGNATURE | /ALAN M. SACK/ |
| * SIGNATORY'S NAME | ALAN M. SACK |
| * SIGNATORY'S POSITION | Attorney of Record, NY Bar Member |
| SIGNATORY'S PHONE NUMBER | 516-393-5960 |
| * DATE SIGNED | 11/04/2024 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478

Approved for use through 10/31/2024. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98836468**
**Filing Date: 11/04/2024**

## To the Commissioner for Trademarks:

**MARK:** QUESO ARROCERO (Standard Characters, see mark)
The literal element of the mark consists of QUESO ARROCERO. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Quesos La Ricura, Ltd., a limited liability company legally organized under the laws of New York, having an address of
225 Park Avenue
Hicksville, New York 11801
United States
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 029:  Cheese

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 029, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 05/08/2009, and first used in commerce at least as early as 05/08/2009, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) A photograph of the goods having a label on the packaging for the goods, prominently displaying the mark as used in interstate commerce.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Disclaimer**
No claim is made to the exclusive right to use QUESO apart from the mark as shown.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4277475.

**Translation**
The English translation of QUESO in the mark is cheese.

**Transliterations**
The non-Latin characters in the mark transliterate to QUESO ARROCERO and this means Cheese for Rice makers or Cheese for those who make Rice in English.

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Active Prior Registration(s)**
The mark has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 4277475.

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.

For informational purposes only, applicant's website address is: https://quesoslaricura.com/
The owner's/holder's proposed attorney information: ALAN M. SACK. ALAN M. SACK of SACK IP Law p.c., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
　Suite 120W
　6800 Jericho Turnpike
　Syosset, New York 11791
　United States
　516-393-5960(phone)
　alan.sack@sack-ip.com

ALAN M. SACK submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
　ALAN M. SACK
　PRIMARY EMAIL FOR CORRESPONDENCE: alan.sack@sack-ip.com
　SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): ip.docket@sack-ip.com; alanmsack@gmail.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

<b>Declaration</b>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /ALAN M. SACK/    Date: 11/04/2024
Signatory's Name: ALAN M. SACK
Signatory's Position: Attorney of Record, NY Bar Member
Signatory's Phone Number: 516-393-5960
Signature method: Signed directly within the form
Payment Sale Number: 98836468
Payment Accounting Date: 11/04/2024

Serial Number: 98836468
Internet Transmission Date: Mon Nov 04 18:56:38 ET 2024
TEAS Stamp: USPTO/FTK-XXX.XX.XXX.XXX-202411041856402
93357-98836468-870a7e49b83fa316abab2f2a1
872f3ff12a7f118e15352ef8769b1162e136596e
-CC-56386717-20241104182842202528

# QUESO ARROCERO



# EXHIBIT B

Quesos La Ricura's Termination Letter dated July 6, 2020 to Rio Grande Food Products, Inc.

**Harold G. Furlow**
Attorney at Law
260 West Main Street, Suite 10
Bay Shore, New York 11706
(631) 581-6700
Harold_Furlow@hotmail.com

July 6, 2020

USPS Express Mail No.:  EJ 215 887 185 US

RIO GRANDE FOOD PRODUCTS, INC.
Attn:  Josue Alvarado, President
8610 Cherry Lane, Suite 51
Laurel, Maryland 20707

Re:  QUESOS LA RICURA, LTD. PRIVATE LABEL PRODUCTS

Dear Mr. Alvarado,

I represent QUESOS LA RICURA, LTD. ("Quesos La Ricura") and it is my understanding that Quesos La Ricura has been providing quality cheese products to RIO GRANDE FOOD PRODUCTS, INC. ("Rio Grande") under private labels for an extended period.

These difficult times have compelled Quesos La Ricura to review its business practices. As a result of this review, Quesos La Ricura has decided to terminate its practice of acting as a source of quality cheese products for others under private labels.  This change in business practices for Quesos La Ricura is effective this date.

It is my understanding that Quesos La Ricura has three (3) outstanding purchase orders from Rio Grande.  Quesos La Ricura will honor those purchase orders and deliver quality Quesos La Ricura products under the Rio Grande private label as ordered, but Quesos La Ricura will not accept any changes to those purchase orders.

If you have any questions regarding the above, please do not hesitate to call me to discuss this matter further.

Very truly yours,

Harold G. Furlow

# EXHIBITS C1-C3

## Infringing Product on Supermarket Shelves

**Exhibit C-1** photographed at Shop Fare Supermarket located at 1329 Beach Channel Dr., Far Rockaway NY;

**Exhibit C-2** photographed at Key Food Supermarket located at 2020 New Haven Ave, Far Rockaway, NY; and

**Exhibit C-3** photographed at Ideal Food Basket, 271 Burnside Ave, Lawrence, NY.

**EXHIBIT C-1 Infringing Rio Grande Product on Supermarket Shelves** photographed at Shop Fare Supermarket located at 1329 Beach Channel Dr., Far Rockaway NY




Case 2:25-cv-04549-BJR-SK   Document 34-16   Filed [illegible]   Page [illegible] of [illegible]



# EXHIBIT C-2

## Infringing Rio Grande Product on Supermarket Shelves

photographed at Key Food Supermarket located at 2020 New Haven Ave, Far Rockaway, NY











**EXHIBIT C3-Infringing Rio Grande Product on Supermarket Shelves** photographed at Ideal Food Basket, 271 Burnside Ave, Lawrence, NY.









Case 1:24-cv-05138-XXX   Document 1-10   Filed 02/18/25   Page 33 of 33 PageID #: 442

**Ideal Food Basket**
271 Burnside Ave
Lawrence, NY 11559
Tel: (516) 239-0077
Store Hours:
Mon thru Sun: 7:00am - 9:00pm

| Qty | Description | Price |
|---|---|---|
| | | |
| 1 | QUESO ARROZ RIO GRANDE | 9.99 F |

Number of Item(s) 1

| | | |
|---|---|---|
| SUBTOTAL | | 9.99 |
| TAX | | 0.00 |
| **TOTAL:** | **$9.99** | |
| DEBIT CARD | | 9.99 |

YOUR CHANGE : $0.00

NO RETURNS WILL BE ACCEPTED
WITHOUT RECIEPT OR 24 HOURS AFTE
PURCHASE. ANY MEAT, FISH, PRODUC
OR DELI ITEM RETURNS WILL NOT BE
ACCEPTED ONCE THEY HAVE LEFT
THE STORE.
THANKS FOR SHOPPING WITH US!

CLERK 11 CLARISSA   REG-R02 V46.064
TRX# 022299  5:31PM-Wed  4/16/25
------ DEBIT ------

**US DEBIT
Trx Response  : APPROVED
Card #        : *****\*****5044
Trx Type      : Sale
AMOUNT        :      $9.99
TOTAL         :      $9.99
Entry Type    : EMV Contact
**Pin Verified
Merchant ID   : 542929807240825
Terminal ID   : K997G
Device ID     : 2
Batch Nbr     : 202504160001
Msg Seq Nbr   : 173109
Authorization: 063108
App Label     : US DEBIT
AID: A0000000980840
TVR: 8000048000
IAD: 06011203A02000
TSI: 6800
AC : 9674666CA0237CC5

Retain This Receipt
for Return or Exchange