# EXHIBIT E1

Quesos La Ricura's Termination Letter dated July 6, 2020 to Rio Grande Food Products, Inc.

**Harold G. Furlow**
Attorney at Law
260 West Main Street, Suite 10
Bay Shore, New York 11706
(631) 581-6700
Harold_Furlow@hotmail.com

July 6, 2020

USPS Express Mail No.:  EJ 215 887 185 US

RIO GRANDE FOOD PRODUCTS, INC.
Attn:  Josue Alvarado, President
8610 Cherry Lane, Suite 51
Laurel, Maryland 20707

Re:  QUESOS LA RICURA, LTD. PRIVATE LABEL PRODUCTS

Dear Mr. Alvarado,

I represent QUESOS LA RICURA, LTD. ("Quesos La Ricura") and it is my understanding that Quesos La Ricura has been providing quality cheese products to RIO GRANDE FOOD PRODUCTS, INC. ("Rio Grande") under private labels for an extended period.

These difficult times have compelled Quesos La Ricura to review its business practices. As a result of this review, Quesos La Ricura has decided to terminate its practice of acting as a source of quality cheese products for others under private labels.  This change in business practices for Quesos La Ricura is effective this date.

It is my understanding that Quesos La Ricura has three (3) outstanding purchase orders from Rio Grande.  Quesos La Ricura will honor those purchase orders and deliver quality Quesos La Ricura products under the Rio Grande private label as ordered, but Quesos La Ricura will not accept any changes to those purchase orders.

If you have any questions regarding the above, please do not hesitate to call me to discuss this matter further.

Very truly yours,

Harold G. Furlow