# EXHIBIT F

**Plaintiff's Email Communication to Rio Grande Products, Inc.**

**To Cease Sales and Distribution of Cheeses bearing the infringing**

**MIX DE QUESOS FRIJOLEROS brand, dated February 10, 2026.**

Case 2:25-cv-04548-SJB-SIL    Document 24-12    Filed 02/16/26    Page 2 of 3 PageID #: 380

 Gmail                                    EXHIBIT F                                    **Alan Sack** <alan.sack@sack-ip.com>

## Re: Proposed Amended Complaint for infringement of the Mark: OLANCHO QUESO SECO FRIJOLERO RN 8,051,988; Case 2:25-cv-04548-SJB-SIL Quesos La Ricura, Ltd. v. Rio Grande Food Products, Inc.

1 message

**Alan Sack** <alan.sack@sack-ip.com>                                    Tue, Feb 10, 2026 at 1:25 PM
To: "Wise, Jane" <Jane.Wise@us.dlapiper.com>, "Fee, Kevin" <Kevin.Fee@us.dlapiper.com>, "Segura, Loretta" <Loretta.Segura@us.dlapiper.com>

**Communication under Rule 408 FRE**

Dear Jane and colleagues,

Under the Scheduling Order approved by the Magistrate Judge, the parties have until February 12, 2026 to Amend the pleadings.

Our Client, Quesos La Ricura  seeks Rio Grande's consent to Amend the pleadings, to add a count for infringement by Rio Grande of its "**OLANCHO QUESO SECO FRIJOLERO**" Registered trademark RN **8,051,988** with a First Use in Commerce as of 6-6-2010. A copy of the Certificate of Registration, and Quesos La Ricura's product is attached.

Quesos La Ricura has determined that Rio Grande Food has been selling, marketing, and distributing cheese product under a confusingly similar name, "**MIX DE QUESOS FRIJOLEROS**" which violates our Client's Federal and common law rights consitute trademark infringement and unfair competition, under the Trademark Act, 15 USCS §§ 1125 and 1114. A copy of the infringing product is attached, along with a photograph of the product on the shelves at Megamart in Hyattsville MD.

We are inquiring whether Rio Grande would agree to amicably settle Quesos La Ricra's claim regarding this product by agreeing to cease and desist all sales of the infringing "**MIX DE QUESOS FRIJOLEROS**" cheese product, removing existing product from the Supermarket shelves, and accounting for the all sales of the "**MIX DE QUESOS FRIJOLEROS**" cheese product. If Rio Gande intends to contiue selling the infringing "**MIX DE QUESOS FRIJOLEROS**" cheese product, please let me know if you consent to our Client's amendement of the Complaint to add the above-referenced infringment count.

Please let me know if you or one of your colleagues is available to meet and confer with me regarding this proposed Amendement to the Complaint either today 2/10 or Tomorrow 2/11 and we can discuss if your Client consents to the Amended pleading or would like to settle this matter, along the terms outlined above.

Please confirm receipt of this communication by reply email.
I look forward to hearing from you.

Sincerely,
Alan

**Alan M. Sack**

**SACK IP Law p.c.**

**445 Park Avenue**                          **6800 Jericho Tpk**

**9th Floor**                                **Suite 120W**

**NY, NY 10022**                             **Syosset, NY 11791**

(212) 500-1310- phone                        (516) 393-5960 – phone

EXHIBIT F

Alan.Sack@SACK-IP.com –email

(516)510-3061- cell

(855) 5 SACK IP – toll free

Alanm.Sack –Skype

Website: www.SACK-IP.com

==========

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are
not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

==========

**Alan M. Sack**
SACK IP Law p.c.
CEO, Founding Member
(516) 393-5960 Work
(516) 510-3061 Mobile
(855) 5 SACK IP Other
Alan.Sack@SACK-IP.com
6800 Jericho Tpk.
Suite 120W
Syosset, NY 11791

**4 attachments**

 **123-00099-OLANCHO QUESO SECO FRIJOLERO_ RN 8,051,988- SB 99165473_12.02.2025.pdf**
290K

 **OLANCHO QUESO SECO FRIJOLERO-Product Image.pdf**
104K

 **MIX DE QUESOS FRIJOLEROS-Rio Grande Foods.pdf**
2075K

 **Megamart in Hyattsville MD.pdf**
3934K