

**SACK** IP Law p.c.

**Alan M. Sack**

| | |
|---|---|
| **445 Park Avenue** | **6800 Jericho Tpk.** |
| **9th Floor** | **Suite 120W** |
| **NY, NY 10022** | **Syosset, NY 11791** |

 **(516) 393-5960-LI**
 **(212) 500-1310-NYC**
**Email: Alan.Sack@SACK-IP.com**


May 8, 2026



Honorable Steven I. Locke
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722


Re:      **Letter to Extend Fact Discovery Deadlines -by Consent**
         ***Quesos La Ricura, Ltd. v. Rio Grande Food Products, Inc.*, 2:25-cv-04548 (E.D.N.Y)-SJB-SIL**

Dear Judge Locke:

We represent Plaintiff and Counterclaim Defendant, Quesos La Ricura, Ltd., in this case.   We are asking for the Court's leave to extend the Deadline to serve the Motion to Compel by two weeks from May 15, 2026 to May 29, 2026, and concurrently extend the corresponding dates according to the proposed schedule outlined below.  Counsel for the Defendants and Counterclaim Plaintiff, Rio Grande Food Products, Inc., consents to this request.  This is the first request for extension of the discovery schedule.

An edited copy showing the requested modification to the Scheduling Order filed by Stipulation on November 7, 2025 (Doc.  15), Ordered o November 10, 2025 (Doc. 18) and modified on March 30, 2026 (Doc. 32) is summarized below.

| Event | Deadline | Proposed Amended Deadline |
|---|---|---|
| Deadline to serve motion to compel | May 15, 2026 | May 29, 2026 |
| Deadline to serve opposition to motion to compel | June 5, 2026 | June 22, 2026 |
| Deadline to file motion to compel papers | June 5, 2026 | June 22, 2026 |

May 8, 2026

Honorable Steven I. Locke
United States Magistrate Judge

| Event | Deadline | Proposed Amended Deadline |
|---|---|---|
| Status conference | June 23, 2026 at 11:30am in Courtroom 820 | July 14, 2026 (or such date as convenient for the Court) |
| Completion of Fact Discovery Depositions | May 29, 2026 | July 31, 2026 |
| Opening Expert Disclosure and Reports by the party bearing the burden of proof | July 31, 2026 | September 30, 2026 |
| Rebuttal Expert Disclosure and Reports | August 31, 2026 | October 30, 2026 |
| Status Conference | TBD by Court – Courtroom 820 | TBD by Court – Courtroom 820 |
| Completion of Expert Depositions | October 16, 2026 | November 20, 2026 |
| Opening of Summary Judgment Motion Brief | November 20, 2026 | December 18, 2026 |
| Opposition to Summary Judgment Brief | December 18, 2026 | January 15, 2027 |
| Reply in Support of Summary Judgment | January 8, 2027 | February 5, 2027 |

The parties believe that good cause exists for this brief extension of the case schedule.  The parties have met and conferred three times in an effort to resolve potential discovery disputes without the Court's intervention (the last two conferences occurring on May 6 and May 7, 2026). While the parties have made significant progress, they have not yet completed their negotiations.

However, due to Plaintiff's counsel's travel and vacation schedule (including the undersigned being outside the United States on a family vacation during the week of *May 10–17, 2026*), so that Plaintiff will be unable to resolve the remaining discovery issues or file the anticipated motion to compel next week. Plaintiff is hopeful that the parties will be able to resolve the outstanding objections to discovery responses and, if necessary, any related discovery motion practice, and complete document production and depositions within the proposed schedule, so that fact discovery may be completed before the close of the proposed amended deadlines.

The parties have reviewed this Letter and the above proposed schedule. This Letter is being submitted with the assent of all parties and the request for an extension is being made in good faith and not for the purpose of delay.

Accordingly, Plaintiff respectfully submits that this request, by consent of all parties, to extend the fact discovery deadlines, as reflected in the table above, should be granted.

May 8, 2026

Honorable Steven I. Locke
United States Magistrate Judge

_____

Respectfully Submitted

**SACK** IP Law p.c.

Alan M. Sack

*Counsel for Plaintiff and Counterclaim Defendant, Quesos La Ricura, Ltd.*

**SO ORDERED**, this date of  May __, 2026 that the application of plaintiff's motion, by consent, to extend the Fact Discovery Deadlines is hereby granted, and that the plaintiffs shall file the proposed Scheduling Order within ___ days of receipt of this Order.


_____
**Honorable Steven I. Locke**
**United States Magistrate Judge**