

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

J. Kevin Fee
kevin.fee@us.dlapiper.com
T   202.799.4149
F   202.863.7849

May 28, 2026

**Via E-Mail**

Honorable Steven I. Locke
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:**   *Quesos La Ricura, Ltd. v. Rio Grande Food Products, Inc.*, **2:25-cv-4548 (E.D.N.Y.) – Joint Letter Motion to Withdraw Subpoenas to Amerisal Foods, LLC and Motion to Quash**

Dear Judge Locke:

After discussion with Amerisal Foods, LLC's ("Amerisal") counsel, Defendant and Counterclaim Plaintiff Rio Grande Food Products, Inc. ("Rio Grande") has agreed to withdraw without prejudice its Subpoena to Testify at a Deposition in a Civil Action and Subpoena to Produce Documents, Information, or Objects (collectively, the "Subpoenas"), both of which were served on Amerisal on May 13, 2026.  As a result, Amerisal has agreed to withdraw without prejudice its Motion to Quash the Subpoenas. Dkt. 35.

Accordingly, Amerisal and Rio Grande respectfully request that the Court adjourn briefing and the hearing on Amerisal's Motion to Quash and thank the Court for its attention to this matter.

Respectfully,

*s/J. Kevin Fee*_____                          *s/Ian E. Smith*_____
J. Kevin Fee                                      Ian E. Smith

**DLA PIPER LLP (US)**                            **SPIRE LAW, LLC**
J. Kevin Fee                                      Ian E. Smith
Jane W. Wise                                      2572 W State Rd. 426
500 Eighth Street, NW                             Suite 2088
Washington, D.C. 20004                            Oviedo, FL 32765
Telephone: (202) 799-4149                         Telephone: (407) 494-0135
Facsimile: (202) 863-7849                         ian@spirelawfirm.com
kevin.fee@us.dlapiper.com
jane.wise@us.dlapiper.com                         *Counsel for Amerisal Foods, LLC*

1

Loretta Segura (admitted *pro hac vice*)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2051
Facsimile: (650) 687-1151
loretta.segura@us.dlapiper.com

*Counsel for Rio Grande Food Products, Inc.*