**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 8/12/26
TIME: 10:30 am

CASE: **CV 25-4548(SJB) Quesos La Ricura v. Rio Grande Food Prods. Inc.**

TYPE OF CONFERENCE: STATUS

FTR: 10:29-11:10

APPEARANCES:
For Plaintiff: Alexis Peter Basilevsky and Alan Sack

For Defendant: Jane Wise

**THE FOLLOWING RULINGS WERE MADE:**

☒ ORDER: Oral argument held. The Stipulation at DE [44] is So Ordered. Plaintiff's motion for an extension of discovery deadlines and Defendant's motion to compel (along with the opposition misfiled as a motion), DE [38], [41], [42] are granted. Plaintiff will produce all documents including those referred to in interrogatory responses by September 30, 2026. The parties will also meet and confer about the omitted search terms to narrow the production of the 100,000 documents discussed on the record. The motion to quash, DE [45], is denied for the reasons set forth on the record and relying on the cases cited on the record. DE [46], a motion on consent, is granted. As to DE [50], the motion is granted in part and denied in part – Mr. Alavardo will appear remotely for his deposition at a date and time mutually agreed up by the parties.

In terms of dates for an amended scheduling order, the Court will set a new set of dates at the next status conference: October 20, 2026 at 12:00pm.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

10/20/26 at 12:00 pm : Status conference

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge